Case 2:25-cr-00021-TOR    ECF No. 25    filed 03/07/25    PageID.63    Page 1 of 3

```
 1  Richard R. Barker
 2  Acting United States Attorney
    Eastern District of Washington
 3  Ann T. Wick
 4  Assistant United States Attorney
    Post Office Box 1494
 5  Spokane, WA 99210-1494
 6  Telephone: (509) 353-2767
 7
 8              UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF WASHINGTON
 9
10   UNITED STATES OF AMERICA,    | Case No. 2:25-CR-00021-TOR
11                    Plaintiff,  |
                                  | STIPULATED PROTECTIVE
12         v.                     | ORDER REGARDING
13                                | IDENTIFICATION OF MINOR
     ANDRES BURGOS-SILVA,         | VICTIMS PURSUANT TO
14                    Defendant.  | 18 U.S.C. § 3509
15
16
17
18         The Court has received and reviewed the Stipulation for Protective Order
19   Regarding Identification of Minor Victims Pursuant to 18 U.S.C. § 3509, filed by
20   the parties in the above-captioned matter, and is fully advised.
21         GOOD CAUSE HAVING BEEN SHOWN, the Court hereby ORDERS that
22   the Stipulation for Protective Order Regarding Identification of Minor Victims
23   Pursuant to 18 U.S.C. § 3509 filed by the parties is GRANTED.
24         1.    IT IS FURTHER ORDERED that the privacy protection measures
25   mandated by 18 U.S.C. § 3509(d), which apply when a case involves a person under
26   the age of eighteen years who is alleged to be a victim of a crime of sexual
27   exploitation, or a witness to a crime committed against another person, apply to this
28   case.
```

PROTECTIVE ORDER REGARDING IDENTIFICATION OF MINOR
VICTIMS PURSUANT TO 18 U.S.C. § 3509 - 1

2. IT IS FURTHER ORDERED that all persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B), shall:

    a. Keep all documents that disclose the names, identities, or any other information concerning minors in a secure place to which no person who does not have reason to know their contents has access;

    b. Disclose such documents or the information in them that concerns minors only to persons who, by reason of their participation in the proceeding, have reason to know such information;

    c. Not permit Defendant himself to review discovery outside the presence of defense counsel or a defense investigator;

    d. Not permit Defendant to keep discovery in his own possession outside the presence of defense counsel or a defense investigator; and

    e. Not permit Defendant to keep, copy, or record the identities of any minor or victim identified in discovery in this case.

3. IT IS FURTHER ORDERED that all papers to be filed in Court that disclose the names or any other information identifying or concerning minors shall be filed under seal without necessity of obtaining a Court order, and that the person who makes the filing shall submit to the Clerk of the Court:

    a. The complete paper to be kept under seal; and

    b. The paper with the portions of it that disclose the names or other information identifying or concerning children redacted, to be placed in the public record.

4. IT IS FURTHER ORDERED that the parties and the witnesses shall not disclose minors' identities during any proceedings connected with this case. The parties and witnesses will refer to alleged minor victims only by using agreed-upon initials or pseudonyms (e.g., "Minor 1"), rather than their bona fide names, in motions practice, opening statements, during the presentation of evidence, in closing arguments, and during sentencing.

5. IT IS FURTHER ORDERED that the government may produce discovery to the defense that discloses the identity and images of alleged minor victims in this case, in order to comply with the government's discovery obligations. Defendant, the defense team, Defendant's attorneys and investigators, and all of their externs, employees, and/or staff members, shall keep this information confidential as set forth above.

6. IT IS FURTHER ORDERED that this ORDER shall apply to any attorneys who subsequently become counsel of record, without the need to renew or alter the ORDER.

7. IT IS FURTHER ORDERED that this ORDER shall apply to the personal identifying information and images of any minors who are identified over the course of the case, whether or not such minors are known to the government and/or Defendant at the time the ORDER is entered by the Court.

IT IS SO ORDERED. The Clerk shall enter this Order and furnish copies to counsel.

Dated this 7th day of March 2025.



THOMAS O. RICE
UNITED STATES DISTRICT JUDGE

PROTECTIVE ORDER REGARDING IDENTIFICATION OF MINOR VICTIMS PURSUANT TO 18 U.S.C. § 3509 - 3